UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELOISE LOCKHART, | ) |
| | ) |
| Plaintiff, | ) No. 13-cv-09323 |
| | ) |
| v. | ) Hon. Thomas M. Durkin |
| | ) |
| HSBC FINANCE CORPORATION, | ) Magistrate Judge |
| et al. , | ) Jeffrey T. Gilbert |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To: **SEE ATTACHED SERVICE LIST**

YOU ARE HEREBY NOTIFIED that on April 9, 2014 at 9:00 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Thomas M. Durkin, or any judge sitting in his stead, in Courtroom 1441 usually occupied by him in the United States District Court, Northern District of Illinois - Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present for Defendant Arnold G. Kaplan: **DEFENDANT ARNOLD G. KAPLAN'S MOTION TO DISMISS THE FIRST AMENDED VERIFIED COMPLAINT PURSUANT TO RULE 12(b)(6) AND RULE 12(b)(1),** a copy of which has been electronically filed with the Clerk.

Respectfully submitted,

BY: ____/s/ George B. Collins____
One of the Attorneys for Defendant Arnold G. Kaplan

George B. Collins
Adrian Vuckovich
Kathryne Hayes
Collins Bargione & Vuckovich
One North LaSalle St., #300
Chicago, IL 60602
(312) 372-7813

## CERTIFICATE OF SERVICE

George B. Collins hereby certifies that on March 25, 2014, he caused this **NOTICE OF MOTION/CERTIFICATE OF SERVICE** for Defendant Arnold G. Kaplan, and **DEFENDANT ARNOLD G. KAPLAN'S MOTION TO DISMISS THE FIRST AMENDED VERIFIED COMPLAINT PURSUANT TO RULE 12(b)(6) AND RULE 12(b)(1),** to be served on the parties of record listed on the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.

BY: _____/s/ George B. Collins_____
One of the Attorneys for Defendant Arnold G. Kaplan

## SERVICE LIST

**ELOISE LOCKHART**
1721 Hillcrest Dr.
Irving, TX 75062
Phone: (773) 330-8812
Email: eloiselockhart@gmail.com
*Pro Se*


Anna-Katrina S. Christakis
Raechelle D. Norman
**PILGRIM CHRISTAKIS LLP**
53 West Jackson Blvd., #1515
Chicago, IL 60604
Phone: (312) 939-0920
Email: kchristakis@pilgrimchristakis.com
Email: rnorman@pilgrimchristakis.com


Arnold G. Kaplan
**KAPLAN & ASSOCIATES**
20 North Clark St., #1725
Chicago, IL 60602
Phone: (312) 443-1667
Email: akaplan@atty-kaplan.com