# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Eloise Lockhart | ) | Case No: 13 C 9323 |
| v. | ) | Judge: Thomas M. Durkin |
| HSBC Finance Corp. | ) | |

## ORDER

The Clerk of Court is directed to substitute the proper defendant, HSBC Mortgage Services, Inc. in place of HSBC Mortgage Corp. HSBC Mortgage Corp. is dismissed as a party to this action.

The motion to dismiss pending before the Court filed on behalf of the HSBC affiliates is hereby deemed to be filed on behalf of HSBC Finance Corp., Household Finance Corp. III, and HSBC Mortgage Services, Inc.

Date: 4/29/14   /s/ Thomas M. Durkin