## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Eloise Lockhart

                              Plaintiff,

v.                                                       Case No.: 1:13−cv−09323
                                                               Honorable Thomas M. Durkin

HSBC Finance Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2014:

       MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for order for alternate service [66] is entered and continued. Plaintiff's motion regarding Supreme Court Precedent [67] is granted. Status hearing reset for 8/12/2014 at 09:00 AM. The 7/22/14 status date is vacated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.