**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ELOISE LOCKHART, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   13 cv 09323 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| HSBC FINANCE CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ERRATA

     **PLEASE TAKE NOTICE** that **Defendants' Response to "Plaintiff's 59(e) or 60(b) Motion for Relief"** (Dkt. # 80) ("Response") was mistakenly identified as being filed on behalf of only Defendants HSBC Finance Corporation, HSBC Mortgage Services, Inc., Household Finance Corporation III, Mortgage Electronic Registration Systems, Inc., and MERSCORP Holdings, Inc. However, in addition to the above named defendants, the Response is also being filed on behalf Defendants Pilgrim Christakis LLC, f/k/a Grady Pilgrim Christakis Bell LLP, and Jeffrey Pilgrim.

                                         Respectfully submitted,

                                         HSBC FINANCE CORPORATION,
                                         HSBC MORTGAGE SERVICES, INC., HOUSEHOLD FINANCE CORPORATION III, MERSCORP HOLDINGS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., PILGRIM CHRISTAKIS LLP, and JEFFREY PILGRIM

                                         By: /s/Sulejman F. Dizdarevic
                                             One of their attorneys

Anna-Katrina S. Christakis
Sulejman F. Dizdarevic
PILGRIM CHRISTAKIS LLP
53 West Jackson Boulevard, Suite 1515
Chicago, Illinois 60604
Ph. (312) 361-3457
Fax (312) 939-0983

**CERTIFICATE OF SERVICE**

  Sulejman F. Dizdarevic, an attorney, certifies that on September 19, 2014, he electronically filed the above Notice of Errata with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                /s/ Sulejman F. Dizdarevic

4835-5405-8782, v. 1