**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Eloise Lockhart

                               Plaintiff,

v.                                                               Case No.: 1:13–cv–09323
                                                                             Honorable Thomas M. Durkin

HSBC Finance Corporation, et al.

                               Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: settlement conference.(srn, )Mailed notice.

Dated: October 1, 2014

                                                                               /s/ Thomas M. Durkin

                                                                         United States District Judge