# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Eloise Lockhart

                                  Plaintiff,

v.                                                Case No.: 1:13–cv–09323
                                                        Honorable Thomas M. Durkin

HSBC Finance Corporation, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2014:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 10/16/14 and continued to 11/20/14 at 1:00 p.m. The parties are reminded to familiarize themselves with Magistrate Judge Gilbert's Standing Order on Settlement Conferences. Plaintiff's settlement letter shall be delivered to Defendants, with a copy delivered to the Court, in chambers, on or before 10/30/14. Defendants settlement letter shall be delivered to Plaintiff, with a copy delivered to the Court, in chambers, on or before 11/13/14. Settlement letters are not to be filed on the CM–ECF system. Plaintiff may appear by telephone for the next status hearing and shall call the Court's courtroom deputy at 312–408–5024 to provide a contact number at least one day before the status hearing. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.