UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Eloise Lockhart
          Plaintiff,

v.                 Case No.: 1:13−cv−09323
                Honorable Thomas M. Durkin

HSBC Finance Corporation, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2014:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 11/21/14. The Court has received copies of the parties' settlement letters. Settlement discussions were held off the record with counsel and Plaintiff pro se, together and separately. The parties agree that the Court can continue to speak separately with each party's counsel and with Plaintiff to discuss the possibility of settlement. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.