IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELOISE LOCKHART | ) | |
| | ) | |
| Plaintiff, | ) | 13CV 9323 |
| | ) | JUDGE DURKIN |
| v. | ) | MAG. JUDGE GILBERT |
| | ) | |
| HSBC FINANCE CORPORATION, et al., | | |
| | | |
| Defendants | | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 13, 2015 at 9:00 a.m., or as soon as counsel may be heard, the undersigned shall appear before the Honorable Judge Thomas M. Durkin, in courtroom 1441, located in the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present PLANTIFF'S MOTION FOR SUMMARY JUDGMENT and STATEMENT OF MATERIAL FACTS, copies of which are hereby served upon you.

## CERTIFICATE OF SERVICE

I, hereby certify that on March 23, 2014, I served the above referenced motion on all parties by causing a true and correct copy to be filed with the court, which should automatically send a copy to all counsel of record. Freedman Anselmo Lindberg were served through their agent for service of process by certified mail.

March 23, 2015

Respectfully submitted,

/s/Eloise Lockhart
Plaintiff

Eloise Lockhart
1721 Hillcrest Drive
Irving, Texas, 75062
Telephone: 773-330-8812