IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELOISE LOCKHART ) | |
| ) | |
| Plaintiff, ) | 13CV 9323 |
| ) | JUDGE DURKIN |
| v. ) | MAG. JUDGE GILBERT |
| ) | |
| HSBC FINANCE CORPORATION, et al., | |
| Defendants | |

## PLANTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Eloise Lockhart ("Affiant"), being first duly sworn, states as follows:

1. Affiant has read the Motion for Summary Judgment and Statement of Material Facts, to which this affidavit is attached. The allegations set forth are incorporated by reference as if fully set forth herein.

2. The assertions in the Motion and Statement are true and complete and based on personal knowledge of the Affiant.

3. The Affiant if sworn as a witness could testify competently to the information contained therein.

4. The Affiant is serving Defendants with copies of the Motion for Summary Judgment and Statement of material facts according to instructions from the court.

5. Copies of the Motion and Statement are also being sent to the Magistrate Gilbert.

*[signature]*
Eloise Lockhart

1

Subscribed and sworn to before me
This 23rd day of March 2015

_____
Notary Public

Eloise Lockhart
1721 Hillcrest Drive
Irving Texas 75062
Phone (773) 330-8812

State of _Texas_
County of _Tarrant_
Sworn to and subscribed before me on
the _23_ day of _March_, _2015_

_____
Notary Public Signature
My Commission Expires: _07-01-15_

EDUARDO M SALAS
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-01-15