UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Eloise Lockhart
                         Plaintiff,

v.                                                  Case No.: 1:13−cv−09323
                                                            Honorable Thomas M. Durkin

HSBC Finance Corporation, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 13, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held. Plaintiff's motion for summary judgment [100] is denied. The case will remain stayed until the state court litigation terminates. Status hearing is set for 5/26/2015 at 9:00 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.