**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ELOISE LOCKHART ) | |
| ) | FILED: December 10, 2014 |
| Plaintiff, ) | 13CV 9323 |
| ) | JUDGE DURKIN |
| v. ) | MAG. JUDGE GILBERT |
| ) | |
| HSBC FINANCE CORPORATION, et al., | |
| Defendants | |

### NOTICE OF MOTION

To: Thomas J. Anselmo, Registered Agent     Steven C. Lindberg
    1771 west Diehl Road #150                      1807 Diehl Road #150
    Naperville Illinois 60563                         Naperville, Il 60563

YOU ARE HEREBY NOTIFIED that on Thursday, the 23rd day of April 2015 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Thomas Durkin, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Court 1441, 219 South Dearborn Street, Chicago, Il, and then and there present Plaintiffs' Motion for entry of Default. A copy of said motion is hereby served upon you.

                                                     /s/ Eloise Lockhart

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing (Notice of Motion) with the Clerk of the Court using the CM/ECF system, and further certifies that that on April 15, 2015, she mailed the above referenced documents ( via priority mail) to the following:

Thomas J. Anselmo
Registered Agent
1771 W. Diehl Road
Suite 150
Naperville Illinois 60563

Steven C. Lindberg
1771 W. Diehl Road
Suite 120
Naperville Illinois 60563

Anselmo Lindberg Oliver
1771 W. Diehl Road
Suite 120
Naperville Illinois 60563