IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELOISE LOCKHART )
)
        Plaintiff, ) 13CV 9323
) JUDGE DURKIN
v. ) MAG. JUDGE GILBERT
)
HSBC FINANCE CORPORATION, et al.,

        Defendants

## AFFIDAVIT

**STATE OF TEXAS** )
)
**COUNTY OF DALLAS** )

Eloise Lockhart ("Affiant"), being first duly sworn, states as follows:

1. Affiant has read the Motion for Default, to which this affidavit is attached.

2. The assertions in the Motion are true and complete and based on personal knowledge of the Affiant.

3. The Affiant if sworn as a witness could testify competently to the information contained in the Motion.

4. Affiant understands the nature and consequences of the Motion for Default and of this Affidavit attesting to service on the named defendants.

5. Affiant is an attorney first licensed to practice law in Illinois in 1979 and in Texas in 1986.

6. On November10, 2014, I caused the defendants Freedman Anselmo Lindberg and Rappe or Freedman Anselmo Lindberg and Steven C. Lindberg to be served with an alias

1

summons in the above matter, by certified mail restricted service to their registered agent David J. Anselmo, at his place of business at 1771 W. Diehl Road, Naperville Illinois.

7. Accordingly, Defendants were required to file their appearance or other pleading no later than December 1, 2014.

8. To date, defendants have not filed an appearance or any other responsive pleading.

9. As defendants have failed to timely answer the Amended Complaint, Plaintiff has moved for entry of default .

**FURTHER AFFIANT SAYETH NOT.**

/S/ Eloise Lockhart

SUBSCRIBED AND SWORN to before me
This 15TH day of April 2015

Notary Public

JONATHAN STEVEN GONZALEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-04-18

Eloise Lockhart
Attorney at law
1721 Hillcrest Drive
Irving Texas 75062
Phone (773) 330-8812

2