IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELOISE LOCKHART | ) |
| | ) |
| Plaintiff, | ) 13CV 9323 |
| | ) JUDGE DURKIN |
| v. | ) MAG. JUDGE GILBERT |
| | ) |
| HSBC FINANCE CORPORATION, et al., | |
| Defendants | |

### AFFIDAVIT

**STATE OF TEXAS** )
)
**COUNTY OF DALLAS** )

Eloise Lockhart ("Affiant"), being first duly sworn, states as follows:

1. Affiant has read the Motion for Default, to which this affidavit is attached.

2. The assertions in the Motion are true and complete and based on personal knowledge of the Affiant.

3. The Affiant if sworn as a witness could testify competently to the information contained in the Motion.

4. Affiant understands the nature and consequences of the Motion for Default and of this Affidavit attesting to service on the named Defendant.

5. Affiant is an attorney first licensed to practice law in Illinois in 1979 and in Texas in 1986.

6. On January 24, 2014, Defendant was served with the complaint and summons in this case by service on CT Corporation System, their agent for service of process, at its place of

1

business, located at 208 South LaSalle Street, Suite 814, Chicago Illinois, 60604. The summons and Affidavit of Service are docketed as number 19-1 and are attached hereto.

7. Accordingly, Defendants were required to file their Answer or other pleading no later than February 14, 2014.

8. To date, Defendants have filed an appearance but have not filed an Answer or any other pleading in response to the allegations in the amended complaint which are directed towards Household Mortgage Services Inc.

9. As defendants have failed to timely answer the Amended Complaint, Plaintiff moves for entry of default .

**FURTHER AFFIANT SAYETH NOT.**

/S/ Eloise Lockhart

SUBSCRIBED AND SWORN to before me
This 20TH day of April 2015

Notary Public

EDUARDO M SALAS
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-01-15

Eloise Lockhart
Attorney at law
1721 Hillcrest Drive
Irving Texas 75062
Phone (773) 330-8812

2