## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Eloise Lockhart
                                      Plaintiff,

v.                                                                       Case No.: 1:13−cv−09323
                                                                       Honorable Thomas M. Durkin

HSBC Finance Corporation, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 18, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 5/18/15 and continued to 5/26/15 at 9:30 a.m., or when the parties conclude their status hearing with the District Judge that morning. Settlement discussions held off the record. At the next status hearing, Defendants will report whether they are in a position to submit a revised settlement letter. Defendant Kaplan is excused from the 5/26/15 status hearing because he will not be participating in a settlement conference. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.