**TRANSCRIBED FROM DIGITAL RECORDING**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELOISE LOCKHART,                              )<br>            Plaintiff,                    )<br>    vs.                                      )<br>HSBC FINANCE CORPORATION, HSBC                )<br>MORTGAGE CORP., HOUSEHOLD                     )<br>FINANCE CORP. III, MERSCORP,                  )<br>INC., MERS, FREEDMAN ANSELMO                  )<br>LINDBERG, LLC, STEVEN C.                      )<br>LINDBERG, JANE & JOHN DOES                    )<br>1-10 AS AGENTS AND/OR                         )<br>EMPLOYEES RELATED TO HSBC,                    )<br>FREEDMAN ANSELMO LINDBERG, AND                )<br>MERSCORP, INC., BRADY PILGRIM                 )<br>CHRISTAKIS BELL, LLP, JEFFREY                 )<br>PILGRIM, JANE AND JOHN DOES                   )<br>1-10 AS AGENTS AND/OR                         )<br>EMPLOYEES RELATED TO                          )<br>DEFENDANTS BRADY PILGRIM                      )<br>CHRISTAKIS BELL, AND ARNOLD G.                )<br>KAPLAN,                                       )<br>                                               )<br>            Defendants.                     )  | Case No. 13 CV 9323<br><br>Chicago, Illinois<br>May 26, 2015<br>10:12 AM |

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MAGISTRATE JUDGE JEFFREY T. GILBERT

APPEARANCES:

Plaintiff Pro se:      MS. ELOISE LOCKHART
                       1721 Hillcrest Drive
                       Irving, Texas


Transcriber:
            SANDRA M. TENNIS, CSR, RMR, FCRR
                Official Court Reporter
              United States District Court
          219 South Dearborn Street, Suite 2260
                Chicago, Illinois  60604
                Telephone:  (312) 554-8244
             Sandra_Tennis@ilnd.uscourts.gov

```
1   APPEARANCES: (Continued.)

2   For the Defendants        PILGRIM CHRISTAKIS LLP
    HSBC, MERS and            BY:  MR. JASON A. JULIEN
3   Pilgrim Christakis        321 North Clark Street
                              26th Floor
4                             Chicago, IL 60654

5

6        **PLEASE NOTIFY OF INCORRECT SPEAKER IDENTIFICATION**
              NOTE:  FAILURE TO STAND NEAR THE MICROPHONE MAKES
7                    PORTIONS UNINTELLIGIBLE AND INAUDIBLE.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   THE CLERK:  13 CV 9323, Lockhart vs. HSBC Finance
2   Corporation, et al., for status.
3   THE COURT:  Is everybody also here now on Garcia?
4   UNIDENTIFIED VOICE:  No.
5   THE COURT:  You're the only one?  Okay.  You're
6   next.
7   UNIDENTIFIED VOICE:  Thank you.
8   MR. JULIEN:  Good morning, Judge.  Jason Julien for
9   the HSBC defendants, the MERS defendants, and the Pilgrim
10  Christakis defendants.
11  THE COURT:  Good morning.
12  MS. LOCKHART:  Good morning, your Honor.  Eloise
13  Lockhart, plaintiff, pro se.
14  THE COURT:  Good morning. Okay.  So I set this to
15  see whether -- what happened with your client, your
16  discussions with your client, in terms of settlement
17  progress.  And I know you also had a status in front of Judge
18  Durkin this morning.  And I did talk to Judge Durkin between
19  this time and last.
20  So, first, what happened?  What's your client's
21  perspective and what happened this morning?
22  MR. JULIEN:  My client's perspective is that they
23  don't want to make another settlement offer.  That if
24  Ms. Lockhart wants to make a counter to our previous
25  counterproposal, that we might entertain it if it's

1  significantly lower than her opening offer.  But, otherwise,
2  we just want to go forward.  And we intend to take some
3  action either this week or next week in the state court case.
4          THE COURT:  My guess is you're not prepared to
5  significantly walk back your number?
6          MS. LOCKHART:  No, your Honor.
7          THE COURT:  Well, I shouldn't say that.
8  Ms. Lockhart, what do you want to do?
9          MS. LOCKHART:  That's correct, your Honor.  I'm not
10 prepared to -- I don't know what they mean by significant.
11         THE COURT:  Lots of zeros going away.
12         MS. LOCKHART:  I'm sorry?
13         THE COURT:  I think they mean, and Mr. Julien can
14 correct me if I'm wrong, lots of zeros have to disappear;
15 right?
16         MR. JULIEN:  Correct.
17         MS. LOCKHART:  Okay.  No, your Honor.
18         THE COURT:  Okay.  And so what you're -- this is
19 what you talked about with Judge Durkin this morning, that
20 you're going to move forward -- the stay is going to continue
21 here, but you're going to move forward in the state court
22 litigation?
23         MR. JULIEN:  That's correct.
24         THE COURT:  Okay.  So for my own docket control
25 purposes, what I'm going to do, given this discussion, I'm

1  going to terminate the settlement referral. All right? If
2  at some point in the future both of you want to engage at the
3  same plane in terms of your settlement discussions, I'd be
4  happy to, you know, regenerate that. But, right now, I think
5  you ought to focus on the state court case and anything
6  you're going to do on the merits here. And if that changes,
7  I'm your guy. But until that changes, I think you don't need
8  to come back to me.
9           MS. LOCKHART: Thank you, your Honor.
10          MR. JULIEN: Okay.
11          THE COURT: Okay. Have a good trip back,
12 Ms. Lockhart.
13          MS. LOCKHART: Thank you.
14      (Which were all the proceedings heard.)
15                    CERTIFICATE
16     I certify that the foregoing is a correct transcript
17 from the digital recording of proceedings in the
18 above-entitled matter to the best of my ability, given the
19 limitations of using a digital-recording system.
20
21 */s/Sandra M. Tennis*                    *August 6, 2015*
22 ─────────────────────────        ─────────────────────────
   Sandra M. Tennis                         Date
23 Official Court Reporter
24
25