```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3     ELOISE LOCKHART,                )   Docket No. 13 C 9323
                                       )
 4                    Plaintiff,       )   Chicago, Illinois
                                       )   July 14, 2015
 5              v.                     )   9:33 a.m.
                                       )
 6     HSBC FINANCE CORPORATION,       )
       et al.,                         )
 7                                     )
                      Defendants.      )
 8

 9              TRANSCRIPT OF PROCEEDINGS - Status
             BEFORE THE HONORABLE THOMAS M. DURKIN
10
       APPEARANCES:
11
       Pro Se Plaintiff:    MS. ELOISE LOCKHART
12                          1721 Hillcrest Drive
                            Irving, TX 75062
13

14     For the HSBC,        PILGRIM CHRISTAKIS LLP by
       MERS and             MR. JASON A. JULIEN
15     Pilgrim Christakis   53 W. Jackson Boulevard, Suite 1515
       Defendants:          Chicago, IL 60604
16

17     For Defendants       ANSELMO LINDBERG OLIVER PC by
       Anselmo Lindberg     MR. ROBERT J. DEISINGER
18     Oliver and           1771 W. Diehl Road, Suite 120
       Steven Lindberg:     Naperville, IL 60563
19

20     For Defendant        COLLINS BARGIONE & VUCKOVICH by
       Arnold Kaplan:       MS. KATHRYNE R. HAYES (via telephone)
21                          One N. LaSalle Street, Suite 300
                            Chicago, IL 60602
22

23     Court Reporter:      LAURA R. RENKE, CSR, RDR, CRR
                            Official Court Reporter
24                          219 S. Dearborn Street, Room 1432
                            Chicago, IL 60604
25                          312.435.6053
                            laura_renke@ilnd.uscourts.gov
```

1         (In open court.)
2              THE COURT:  Lockhart.
3              THE CLERK:  13 C 9323, Lockhart v. HSBC.
4              And I need to get someone on the line for that one as
5    well.
6         (Clerk places telephone call.)
7              MS. HAYES:  Good morning.  This is Kathryne Hayes.
8              THE CLERK:  Hi, Ms. Hayes.  It's Sandy with Judge
9    Durkin calling on 13 C 9323, Lockhart v. HSBC.
10             MS. HAYES:  Hi, Sandy.  Good morning.
11             THE CLERK:  Good morning.
12             THE COURT:  All right.  Good morning.  Let's have
13   everyone identify themselves for the record starting first with
14   the person on the phone.
15             MS. HAYES:  Hi.  Good morning.  This is Kathryne Hayes
16   for defendant Arnold Kaplan.
17             MR. DEISINGER:  Robert Deisinger for Anselmo Lindberg
18   Oliver and Steven Lindberg.
19             MR. JULIEN:  Good morning, Judge.  Jason Julien for
20   the HSBC defendants and the MERS defendants.
21             MS. LOCKHART:  Good morning, your Honor.  Eloise
22   Lockhart, plaintiff pro se.
23             THE COURT:  All right.  I entered an order which
24   granted the defendants' motion to vacate the default judgment
25   as to Freedman Anselmo Lindberg and Steven Lindberg.  And I'm

1  glad to see they are -- counsel for them is here.  So we have
2  everyone.
3             What's the status of the state court case?
4             MR. JULIEN:  We're doing a few things, Judge.  So what
5  we did a few weeks ago was file a motion for a status
6  conference because we have a new judge in the state court case,
7  and so we want to preserve that date because, as you may know,
8  it takes a while to kind of get things on that foreclosure
9  docket.
10            And in the meanwhile -- and that date is
11 August 26th -- we're drafting a motion for summary judgment on
12 Ms. Lockhart's two remaining counterclaims, the Illinois
13 Interest Act claim and her quiet title/rescission claim, that
14 we intend to file and notice up for presentment at that status
15 conference.  And so we'd ask for a briefing schedule when we go
16 in front of Judge Loftus over in state court next month.
17            THE COURT:  All right.  So the case is moving, which
18 was my concern last time, that the case was lingering since I
19 stayed this case until that case had concluded.  If neither
20 case was moving forward, nothing was going to happen.  So at
21 least the state court case is moving.
22            Ms. Lockhart, any comment on what's going on in state
23 court?
24            MS. LOCKHART:  Yes, your Honor.  We were last in court
25 in the state court case in March of last year.  At that time

1  the judge, who was Judge Marino -- I asked for a status with
2  respect to that case. And the -- what I told the judge was
3  that -- I had filed a motion for summary judgment -- that the
4  plaintiff, which is Freedman and HFC III, had asked to file a
5  countermotion for summary judgment. And that was in 2011.
6      They then came in and asked to have that schedule on
7  that summary judgment set aside until they could depose me and
8  initiate discovery.
9      In March of 2014 when we were there, they indicated
10 that they were still not in the position to initiate discovery
11 or file a motion for summary judgment.
12     So, you know, I realize that they now claim that they
13 are going to file this motion for summary judgment, but --
14     THE COURT: Correct.
15     MS. LOCKHART: -- they still have not responded with a
16 briefing schedule to my motion for summary judgment, your
17 Honor.
18     THE COURT: Well, when are you going to be filing the
19 motion in state court?
20     MR. JULIEN: On -- well, we're going to file it and
21 we're going to ask for a briefing schedule on August 26th.
22     THE COURT: All right. I'm still inclined to stay
23 this case until that case has been resolved. It's now moving
24 forward. Slowly, but it's moving forward.
25     I'll have you come back -- and, Ms. Lockhart,

1  obviously, you can call in.  You're from out of town.  But I'll
2  have you come back in late September.  By then, presumably the
3  briefing schedule -- maybe it's done -- maybe it will be
4  completed.  It certainly will be -- have been set by then.  And
5  I'll be -- it will be clear there's some progress going on in
6  the state case.
7        Once that case is resolved, depending on how it's
8  resolved, we can move forward with this case.  But I'm not
9  going to upset this case until that happens.  And I'm confident
10 now, at least, there is -- that HSBC is taking some action to
11 move forward on a fairly straightforward state court case.
12       So I'll give you a status in late September, unless
13 there's an objection to that by the parties or you think of any
14 other reason we ought to come back sooner.
15       MR. DEISINGER:  Well, Judge, if I may.
16       THE COURT:  Go ahead.
17       MR. DEISINGER:  I'm a little confused as to the
18 procedural limitations of your order vacating the order of
19 default against Lindberg defendants.  It indicated that you
20 wanted us to accept service or waive service, and we're willing
21 to waive service.
22       THE COURT:  Fine.
23       MR. DEISINGER:  But no waiver of service was properly
24 ever made to us.  And we haven't received a summons.  And given
25 that the case is dismissed, we don't want to be forced to

1  answer a complaint that's -- or the complaint that's been
2  dismissed.
3           So we're willing to waive further process.  We are
4  willing to do that.  But asserting our rights under the rules I
5  don't think is a violation of the Rules of Professional
6  Conduct.  And we don't want to get into this trick bag where
7  we're, you know, caught in limbo between what we're supposed to
8  do before your Honor and what we believe our obligations are to
9  our other client.
10          THE COURT:  All right.  Well, as long as you're in the
11 case.  I was concerned because you -- not you, but your
12 clients, one of whom is a lawyer, were I thought evading
13 service and not paying attention to the case, which is the one
14 way you can get a default entered against you in federal court.
15          You're in the case now.  You filed an appearance on
16 behalf of your clients.  You don't have to answer.  I'll wait
17 on any answer until we put our attention back on this case once
18 the state case has been resolved.
19          But you're in the case.  There's a -- you're properly
20 docketed as counsel for your clients.  I just don't want the
21 plaintiff to have to go chasing and looking for your clients
22 given the fact she filed a complaint in the case.
23          So I think problem solved.
24          MR. DEISINGER:  Very good, Judge.
25          THE COURT:  And I won't require an answer at this

1   point until we know where this case is going after the state
2   litigation is completed.
3           MS. LOCKHART: Your Honor, with respect to Freedman
4   and Anselmo, if they're in the case, would they also be subject
5   to responding to discovery?
6           THE COURT: Not yet. We have a stay in this case, so
7   we're going to hold off on any action on this case till the
8   state foreclosure action is completed. So we'll wait till that
9   case is completed or, if I become convinced that that case is
10  never going to be completed, then we'll lift the stay here.
11          So I'll have you back for a status in late September
12  to discuss what's happened in the state court.
13          THE CLERK: How is September 28th for everybody at
14  9:00?
15          MR. JULIEN: September 28th might be a problem for me.
16          THE CLERK: What's going to work for you?
17          MR. JULIEN: Any other day but the 28th.
18          THE CLERK: 29th?
19          MR. JULIEN: That will work.
20          THE CLERK: Okay.
21          MR. DEISINGER: Shouldn't be a problem.
22          THE COURT: Ms. Lockhart, how does that work for you?
23          MS. LOCKHART: That's fine, your Honor. I believe
24  I'll have counsel by then, so I don't think I'll have to keep
25  coming.

1          THE COURT: Okay. That's fine. Have your counsel
2    file an appearance, and then notice will go to that counsel.
3    And if it turns out the date -- I'm indifferent to the date.  I
4    just want something by late September to know what's happening.
5    So if your new counsel comes in and cannot make that date, he
6    should contact opposing counsel and my courtroom deputy, and
7    we'll move the date a few days.
8          MS. LOCKHART: Thank you, your Honor.
9          THE COURT: All right. Thank you.
10         MR. JULIEN: Thank you, Judge.
11         THE COURT: Okay.
12         MS. HAYES: Thank you.
13      (Concluded at 9:41 a.m.)
14                     C E R T I F I C A T E
15    I certify that the foregoing is a correct transcript of the
16    record of proceedings in the above-entitled matter.
17
18    */s/ LAURA R. RENKE*                          *August 17, 2015*
      LAURA R. RENKE, CSR, RDR, CRR
19    Official Court Reporter
20
21
22
23
24
25