# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 16, 2016

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| Appellate Case No: 16-2134 |
|---|
| Caption:<br>IN RE:<br>    ELOISE LOCKHART,<br>      Petitioner |
| District Court No: 1:13-cv-09323<br>Clerk/Agency Rep Thomas G. Bruton<br>District Judge Thomas M. Durkin |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)