# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORIGINAL PROCEEDING CIRCUIT RULE 3(b) NOTICE

May 16, 2016

| No. 16-2134 | IN RE: <br> ELOISE LOCKHART, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 1:13-cv-09323 <br> Clerk/Agency Rep Thomas G. Bruton <br> District Judge Thomas M. Durkin ||

Circuit Rule 3(b) empowers the clerk to dismiss a petition if the docket fee is not paid within fourteen (14) days of the docketing of the petition. This petition was docketed and the fee has not been paid as of May 16, 2016. Depending on your situation, you should:

1. Pay the required $500.00 docketing fee to the Clerk of the Court of Appeals.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a affidavit in the form of a sworn statement listing the assets and income of the petitioner(s). See **Form 4** of the *Appendix of Forms to the Federal Rules of Appellate Procedure (as amended 12/01/2013)*.

If one of the above stated actions is not taken, the petition will be dismissed.

**NOTE:**
On March 2, 2015, the Seventh Circuit began accepting electronic fee payments for originating case filing fees(petitions for review and original petitions) via Pay.gov. Details are available at www.ca7.uscourts.gov.

form name: **c7_OP_Fee_Notice_Sent**(form ID: **189**)