## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ELOISE LOCKHART, | ) | |
| Plaintiff, | ) | Case No. 13 CV 9323 |
| vs. | ) | |
| | ) | |
| HSBC FINANCE CORPORATION; HSBC | ) | Honorable Thomas M. Durkin, |
| MORTGAGE CORP.; HOUSEHOLD | ) | Judge Presiding. |
| FINANCE CORPORATION III; | ) | |
| MERSCORP, INC.; MERS; FREEDMAN | ) | |
| ANSELMO LINDBERG, LLC; STEVEN C. | ) | |
| LINDBERG; JANE & JOHN DOES 1-10 | ) | |
| AS AGENTS AND/OR EMPLOYEES | ) | |
| RELATED TO HSBC, FREEDMAN | ) | |
| ANSELMO LINDBERG, AND | ) | |
| MERSCORP, INC.,; BRADY PILGRIM | ) | |
| CHRISTAKIS BELL LLP; JEFFREY | ) | |
| PILGRIM; JANE AND JOHN DOES 1-10 | ) | |
| AS AGENTS AND/OR EMPLOYEES | ) | |
| RELATED TO DEFENDANTS BRADY | ) | |
| PILGRIM CHRISTAKIS BELL; and | ) | |
| ARNOLD G. KAPLAN, | ) | |
| Defendants. | ) | |

## MOTION TO LIFT STAY OF PROCEEDINGS

NOW COME Defendants FREEDMAN ANSELMO LINDBERG, LLC, n/k/a ANSELMO LINDBERG & ASSOCIATES, LLC, and STEVEN C. LINDBERG, by and through their counsel, and move the court to lift the stay of proceedings in this action. In support of this motion, Defendants state as follows:

1. On August 1, 2014, pursuant to the Colorado River abstention doctrine, the court stayed proceedings in this action pending resolution of state court proceedings in Cook County Circuit Court Case No. 07 CH 24236. *See Docket #71.*

2. On March 29, 2019, the Illinois Appellate Court, First District, entered an unpublished order under Illinois Supreme Court Rule 23(b) in appellate case no 1-18-1180 affirming the final judgment of the trial court in the aforementioned state court case.

3. The time for the appellant's filing of a petition for rehearing in the appellate court, or for filing a petition for leave to appeal to the Illinois Supreme Court, has lapsed, and on information and belief, no such steps were taken by the appellant.

4. The Plaintiff also had taken a mandamus appeal from this action to the United States Court of Appeals for the Seventh Circuit, and the mandamus proceedings have also concluded.

5. There appears to be no reason for this court to continue to abstain from the exercise of jurisdiction.

6. The only claims currently pending from Plaintiff's First Amended Complaint are Count XI (HOEPA) against Defendants HSBC, HFC III, MERS and MERSCORP, and Counts XII and XIII against HSBC and HFC III. *See Docket #71 at pg. 38 (conclusion).* The court's order also stated that after the court ends the pending stay that Plaintiff "may seek leave to amend her complaint if she chooses." *Id.* However, Plaintiff has neither filed a motion to lift the stay nor filed a motion for leave to file an amended complaint following the termination of state court proceedings, and so Defendants move to lift the stay now.

WHEREFORE, Defendants Freedman Anselmo Lindberg, LLC n/k/a Anselmo Lindberg & Associates, LLC and Steven Lindberg pray that the court enter an order lifting the stay of

proceedings, setting this action for a status hearing, and granting Defendants such other and further relief as is just and equitable.

        Respectfully submitted,

By:   /s/ Robert J. Deisinger
      One of the attorneys for Defendants

Robert J. Deisinger, ARDC No. 6286021
Anselmo Lindberg & Associates, LLC
1771 W. Diehl Rd., Ste 120
Naperville, IL  60566-7228
630-453-6960; 630-428-4620 (fax)
rdeisinger@anselmolindberg.com
Counsel for Defendants Anselmo Lindberg Oliver, LLC n/k/a
Anselmo Lindberg & Associates, LLC, and Steven C. Lindberg