**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Eloise Lockhart
                      Plaintiff,

v.                                           Case No.: 1:13−cv−09323
                                             Honorable Thomas M. Durkin

HSBC Finance Corporation, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 3, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to for leave to file an amended complaint [150] [152] is granted. Defendants have to 10/1/2019 to answer or otherwise plead. If a motion to dismiss is filed, plaintiff has to 10/29/2019 in which to respond. Defendants' reply is due by 11/19/2019. Status hearing held on 9/3/2019. Status hearing set for 1/8/2020 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.